**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDREA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00657-MTS |
| | ) | |
| THE BOEING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order, signed this same date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, that Judgment is entered in favor of Defendant The Boeing Company and against Plaintiff Andrea Clark.

Dated this 31st day of August 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE